ACCEPTED
01-17-00663-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/22/2018 3:56 PM
CHRISTOPHER PRINE
CLERK

No. 01-17-00663-CV

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

3/22/2018 3:56:53 PM

CHRISTOPHER A. PRINE
~~Clerk~~

KELSEY-SEYBOLD MEDICAL GROUP, PLLC,
d/b/a KELSEY-SEYBOLD CLINIC

*Appellant/Cross-Appellee,*

v.

GREAT-WEST HEALTHCARE OF TEXAS, INC.,

*Appellee/Cross-Appellant.*

**UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME
TO FILE BRIEF OF APPELLEE/CROSS-APPELLANT**

Jeffrey L. Oldham
State Bar No. 24051132
jeff.oldham@bracewell.com
Sean Gorman
Elizabeth F. Eoff
BRACEWELL LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002
Telephone: (713) 221-1225
Facsimile: (713) 221-2102

*Attorneys for Appellee/Cross-Appellant
Great-West Healthcare of Texas, Inc.*

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellee/Cross-Appellant Great-West Healthcare of Texas, Inc. ("Great-West") files this Unopposed First Motion for Extension of Time to File Brief of Appellee/Cross-Appellant.

The Court granted the parties' Joint Motion for Briefing Schedule, establishing a consolidated briefing schedule for this appeal and cross-appeal. Appellant filed its opening Brief of Appellant on February 26, 2018, which makes Great-West's combined Brief of Appellee/Cross-Appellant due on March 28, 2018. Great-West requests an extension of time of 30 days to file this brief, *i.e.*, to and including April 27, 2018. This is the first request for an extension of time on this brief. Counsel for Appellant has indicated it is not opposed to this request.

The requested extension is needed because Jeff Oldham, appellate counsel with primary responsibility for preparing this brief, has had a number of conflicting work deadlines and responsibilities, including: (1) preparing a Petition for Review filed in the Texas Supreme Court on March 9, 2018 in *Vopak Terminal Deer Park, Inc. v. Vertical North America, Inc., et al.*, No. 18-0150; (2) preparing two supplemental letter briefs filed on March 7 and 15, 2018 in *Equistar Chemicals, LP v. Westlake Chemical Corp.*, No. 17-1548 (consolidated with 17-1549) (Fed. Cir.); (3) preparing a Brief of Appellant filed on March 21, 2018 in *Grupo Mexico S.A.B. de C.V. v. Mt. McKinley Ins. Co., et al.*, No. 13-17-00134-CV (Tex. App.—Corpus

Christi); and (4) preparing a response to proposed findings of fact and conclusions of law, being filed on March 22, 2018, in *BMC Software v. International Business Solutions*, Civil Action No. 4:17-cv-2254, Southern District of Texas. Also, Mr. Oldham was out of town on spring break vacation from March 9-16, 2018.

## **PRAYER**

For these reasons, Great-West prays that this Court grants a 30-day extension of time to file its Brief of Appellee/Cross-Appellant, to and including April 27, 2018. Great-West also prays for such other relief to which it may be entitled.

Respectfully submitted,

BRACEWELL LLP

By: __*/s/ Jeffrey L. Oldham*__
    Jeffrey L. Oldham
    State Bar No. 24051132
    jeff.oldham@bracewell.com
    Sean Gorman
    State Bar No. 08218100
    sean.gorman@bracewell.com
    Elizabeth F. Eoff
    State Bar No. 24095062
    elizabeth.eoff@bracewell.com
    711 Louisiana Street, Suite 2300
    Houston, Texas 77002
    Telephone: (713) 221-1225
    Facsimile: (713) 221-2102

*Attorneys for Appellee/Cross-Appellant*
*Great-West Healthcare of Texas, Inc.*

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with David George, counsel for Appellant, and Appellant does not oppose the relief requested in this motion.

/s/ *Jeffrey L. Oldham*
Jeffrey L. Oldham

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Unopposed First Motion for Extension of Time to File Brief of Appellee/Cross-Appellant has been served on all counsel of record listed below via the Court's efiling system on March 22, 2018:

Earnest R. Wotring
David George
Karen R. Dow
Baker Wotring LLP
600 Travis Street
Houston, Texas 77002
ewotring@bakerwotring.com

*/s/ Jeffrey L. Oldham*
Jeffrey L. Oldham